**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

PAMELA GRACE HOWELL,

     Plaintiff,

v.                              CASE NO.  4:14cv234-RH/CAS

BALINDA LIN et al.,

     Defendants.

_____/

**ORDER OF DISMISSAL**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5.  No objections have been filed.

The plaintiff asserts claims against another individual.  The plaintiff alleges no violation of the United States Constitution or federal law.  The plaintiff does not allege a conspiracy to interfere with federal rights.  As correctly set out in the report and recommendation, the plaintiff has failed to allege even a colorable claim under the Constitution or laws of the United States.  The plaintiff's allegations may be sufficient to state a claim under state law, but the plaintiff has not alleged

diversity of citizenship.  In short, there is no basis for federal jurisdiction.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's

further opinion.  The clerk must enter judgment stating, "This case is dismissed for

lack of jurisdiction."  The clerk must close the file.

SO ORDERED on July 6, 2014.

s/Robert L. Hinkle
United States District Judge